In the Matter of the Claim of RUDOLPH E. SLOSSON, Appellant, against CHAZY TELEPHONE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by claimant from a decision of the Workmen's Compensation Board which rescinded the decision of the referee making further awards to claimant for injuries allegedly resulting from a compensable accident which befell him in 1933. The awards were revoked upon the ground that causal relation between accident and disabling condition in question (osteoarthritis of

the hip) was not established. There was sufficient evidence to sustain the decision appealed from. Decision affirmed, without costs. All concur.